**FILED**

NOV 23 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | JAY R. WEILL (CSBN 75434)
Chief, Tax Division
3 | 10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
4 | San Francisco, CA 94102
Telephone: (415) 436-6935
5 | Facsimile:  (415) 436-6748

6 | PHILIP E. BLONDIN
JENNIFER D. AUCHTERLONIE
7 | PAUL S. HAM (CSBN 227395)
Trial Attorneys, Tax Division
8 | U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
9 | Washington, D.C. 20044-0683
Telephone:     (202) 307-6322
10 |               (202) 514-9593
               (202) 307-6421
11 | Facsimile:   (202) 307-0054
Philip.Blondin@USDOJ.gov
12 | Jennifer.D.Auchterlonie@USDOJ.gov
Paul.S.Ham@USDOJ.gov

13 | Attorneys for respondent the United States of America

14 |           IN THE UNITED STATES DISTRICT COURT FOR THE

15 |                  NORTHERN DISTRICT OF CALIFORNIA

16 |                        SAN FRANCISCO DIVISION

17 |
PHOENIX COBALT CARINA, LLC,      )  Case No. C-04-5142-MHP
18 | a Partnership; LEASE MANAGEMENT )
ASSOCIATES, INC., as Tax Matters )
19 | Partner and GUS CONSTANTIN and  )  STIPULATED DISMISSAL, and
ANDREW CONSTANTIN, as Individual )  [Proposed] ORDER
20 | Partners,                       )

21 |           Petitioners,          )

22 |     v.                          )

23 | UNITED STATES OF AMERICA,       )

24 |           Respondent,           )

25 |

26 |

27 |
                                                Phoenix Cobalt Carina, LLC v. US
28 | STIPULATED DISMISSAL                              Case No. C-04-5142

Petitioners - Phoenix Cobalt Carina LLC, Lease Management Associates Inc, Gus Constantin, and Andrew Constantin - and Respondent United States of America, through their respective attorneys, hereby stipulate and agree as follows:

1. On December 5, 2004, Petitioners initiated this action, seeking, *inter alia*, a redetermination of the Notice of Final Partnership Administrative Adjustment ("FPAA") issued by the Internal Revenue Service to Phoenix Cobalt Carina LLC regarding its tax year ending September 30, 2000;

2. The parties hereby dismiss this action with prejudice;

3. Pursuant to 26 U.S.C. Section 6226(h), the FPAA, as described in paragraph 1 above, is deemed correct; and

4. The parties are to bear their own costs incurred in this action, including attorney's fees and costs.

Dated this 21 day of November, 2005          Dated this 18 day of November, 2005

KEVIN V. RYAN
United States Attorney

PHILIP E. BLONDIN                            KAREN L. HAWKINS, Esq.
JENNIFER D. AUCHTERLONIE                     Taggart & Hawkins
PAUL S. HAM                                  STEVEN S. BROWN, Esq.
Trial Attorneys, Tax Division                DENIS J. CONLON, Esq.
U.S. Department of Justice                   Martin Brown & Sullivan, Ltd.
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683                  Attorneys for Petitioners

Attorneys for the United States

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 23rd day of Nov, 2005.

                                             MARILYN H. PATEL
                                             UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL                 2                      Phoenix Cobalt Carina, LLC v. US
                                                            Case No. C-04-5142